IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00010-AP

DEBRA A. BARRON,

        Plaintiff,

   v.

JO ANNE B. BARNHART, Commissioner of Social Security

        Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

        For Plaintiff:
Gail C. Harriss, Esq.
Dawes and Harriss, P.C.
572 East Third Avenue
Durango, CO 81301
(970) 247-4411, ext. 18
E-mail: Gail.harriss@dawesandharriss.com

For Defendant:
Teresa H. Abbott
Special Assistant United States Attorney

*Mailing Address:*
*1961 Stout Street, Suite 1001A*
*Denver, Colorado  80294*
E-mail: Teresa.Abbott@ssa.gov

*Street Address:*
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
(303) 454-0100
(303) 454-0404 (facsimile)

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    A.    **Date Complaint Was Filed:** January 4, 2006

    B.    **Date Complaint Was Served on U.S. Attorney's Office:** February 3, 2006

    C.    **Date Answer and Administrative Record Were Filed**: April 10, 2006

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

Defendant states the record is complete.

Plaintiff states that to the best of her knowledge, the record is complete.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

Defendant states there is no additional evidence.

Plaintiff states that no additional evidence is anticipated.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

Defendant states this case raises no unusual claims or defenses.

Plaintiff states that to the best of her knowledge, this case does not involve unusual claims or defenses.

**7. OTHER MATTERS**

None anticipated.

**8. PROPOSED BRIEFING SCHEDULE**

    A.    **Plaintiff's Opening Brief Due:** June 12, 2006

    **B.**    **Defendant's Response Brief Due:**  July 10, 2006

    **C.**    **Plaintiff's Reply Brief (If Any) Due:**  July 27, 2006

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    **A.**    **Plaintiff's Statement:**  Plaintiff does not request oral argument.

    **B.**    **Defendant's Statement:**  Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

    **A.**    **(  ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.**    **(X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 1st day of May, 2006.

BY THE COURT:

S/John L. Kane
U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/_____ | WILLIAM J. LEONE |
| Gail Harriss | UNITED STATES ATTORNEY |
| Dawes And Harriss, P.C. | |
| 572 East Third Avenue | s/ Kurt J. Bohn |
| Durango, CO 81301 | KURT J. BOHN |
| (970) 247-4411, ext. 18 | |
| E-mail: Gail.harriss@dawesandharriss.com | Assistant U.S. Attorney |
| Attorney for Plaintiff | 1225 Seventeenth Street, Suite 700 |
| | 17th Street Plaza |
| | Denver, Colorado 80202 |
| | Telephone: (303) 454-0100 |
| | kurt.bohn@usdoj.gov |
| | |
| | s/ Teresa H. Abbott |
| | By: Teresa H. Abbott |
| | Special Assistant U.S. Attorney |
| | teresa.abbott@ssa.gov |
| | |
| | *Mailing Address:* |
| | 1961 Stout St., Suite 1001A |
| | Denver, Colorado  80294 |
| | |
| | *Street Address:* |
| | United States Attorney's Office |
| | 1225 Seventeenth Street, Suite 700 |
| | Denver, Colorado  80202 |
| | Telephone:  (303) 454-0100 |
| | |
| | Attorney for Defendant(s) |